IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,         )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>ADONIS WILLIAMS,                       )<br>                                                          )<br>            Defendant.    ) | Case No. 8:07CR425<br><br><br>ORDER |

   This case is before the court on the defendant's Motion to Review Detention and Request for Evidentiary Hearing (#13).  The motion is denied.

   After reviewing the November 30, 2007 Pretrial Services initial appearance report and the court's December 3, 2007 Order of Detention (#11), I find the motion should be denied without hearing.

   The proposed placement of the defendant at Williams Prepared Place fails to adequately address the court's concerns as to flight and danger.  A review of the defendant's prior record shows that he was charged nine times with failure to appear and was convicted and served jail time on five of the failures to appear.  The defendant, only 29 years of age, has an extensive record in Juvenile Court and has been convicted of nineteen (19) misdemeanor charges.  Additionally, the defendant has a Driving While Intoxicated and Hit and Run felony charge pending in Sarpy County, a two-count felony drug case pending in Douglas County, and his current charge in this court, Possession of a Firearm by an Unlawful User of Controlled Substance.  Therefore,

   **IT IS ORDERED,** the defendant's Motion to Review Detention and Request for Evidentiary Hearing (#13) is denied without hearing.

   Dated this 20th day of December 2007.

                              BY THE COURT:


                              S/ F. A. Gossett
                              United States Magistrate Judge